# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Green Life Environmental, LLC ) ASBCA No. 61676
)
Under Contract No. SP4500-17-D-0003 )

APPEARANCES FOR THE APPELLANT: Ms. Tasha Conching
President
Mr. Robert Robinson
Vice President

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Michael P. Thiefels, Esq.
Trial Attorney
DLA Disposition Services
Battle Creek, MI

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 24, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61676, Appeal of Green Life Environmental, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals